NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPIP LITIGATION GROUP, LLC, FKA STRAIGHT PATH IP GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**APPLE, INC.,**
*Defendant-Appellee*

---

2020-1962

---

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-03582-WHA, Judge William H. Alsup.

-------------------------------------------------

**SPIP LITIGATION GROUP, LLC, FKA STRAIGHT PATH IP GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**CISCO SYSTEMS INC.,**
*Defendant-Appellee*

---

2020-1964

---

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-03463-WHA, Judge William H. Alsup.

———————————

## JUDGMENT

———————————

MARC AARON FENSTER, Russ August & Kabat, Los Angeles, CA, argued for plaintiff-appellant. Also represented by BRIAN DAVID LEDAHL.

REEDY SWANSON, Hogan Lovells US LLP, Washington, DC, argued for defendant-appellee Apple Inc. Also represented by CELINE JIMENEZ CROWSON, CATHERINE EMILY STETSON; CLAYTON COLE JAMES, Superior, CO.

JUSTIN P.D. WILCOX, Desmarais LLP, New York, NY, argued for defendant-appellee Cisco Systems, Inc. Also represented by STEVEN MARC BALCOF, JOHN M. DESMARAIS, JENNIFER M. PRZYBYLSKI.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2021          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court